In the Matter of CATHERINE DOWGWILLA, Respondent, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Defendants, and ALEXANDER CHRISTIE et al., Appellants.

Argued October 26, 1938; decided October 27, 1938.

*Sydney Rosenthal* and *Mortimer M. Cassidy* for appellants.

*M. M. Leiman* for respondent.

*William C. Chanler, Corporation Counsel (Seymour B. Quel* and *Russell Lord Tarbox* of counsel), for S. Howard Cohen et al., constituting the Board of Elections of the City of New York, defendants.

Appeal dismissed. The order is not a final order. This court is limited by the terms of the order itself, unaffected by the opinion. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.